NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

ASIM H. MODI
Special Assistant United States Attorney
　　160 Spear Street, Suite 800
　　San Francisco, California 94105
　　Telephone: (415) 977-8952
　　Facsimile: (415) 744-0134
　　E-Mail: Asim.Modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WANDA R. CLEMONS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:18-cv-00824-JAD-PAL<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(*FIRST REQUEST*) |

　　　　Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm and Response to Plaintiff's Motion for Reversal, due on **February 6, 2019**, by **30 days**, through and including **March 8, 2019**. This request is made in good faith with no intention to unduly delay the proceedings.

　　　　An extension of time is needed because counsel for Defendant is currently responsible for performing a range of tasks that preclude drafting the Commissioner's response to Plaintiff's summary

judgment motion by February 6, 2019, such as: drafting a brief in a Social Security matter before the Ninth Circuit; negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Ninth Circuit; assisting with the training of newly hired attorneys in the agency's Office of the General Counsel, Region IX; conducting discovery in personnel litigation pending before the Merit Systems Protection Board; and assisting with implementing the terms of the class action settlement reached in *Hart v. Berryhill* (N.D.Cal. No. 3:15-cv-623-JST). This extension will enable counsel for Defendant to fully review the record and Plaintiff's summary judgment motion and evaluate the defensibility of the Commissioner's position.

Counsel for Defendant conferred with Plaintiff's counsel, Cyrus Safa by email on February 4, 2019, who has no opposition to this motion.

Respectfully submitted this 4th day of February 2019.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE
DATED: February 5, 2019

**CERTIFICATE OF SERVICE**

I, Asim H. Modi, certify that the following individuals were served with the foregoing **UNOPPOSED MOTION FOR EXTENSION (FIRST REQUEST)** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa, Esq.
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
cyrus.safa@rohlfinglaw.com


Dated this 4th day of February 2019.

>	//s// *Asim H, Modi*
>	ASIM H. MODI
>	Special Assistant United States Attorney