1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3
   ASIM H. MODI
4  Special Assistant United States Attorney
       160 Spear Street, Suite 800
5      San Francisco, California 94105
       Telephone: (415) 977-8952
6      Facsimile: (415) 744-0134
7      E-Mail: Asim.Modi@ssa.gov
   Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WANDA R. CLEMONS, | )<br>) |
| Plaintiff, | ) Case No. 2:18-cv-00824-JAD-PAL<br>) |
| v. | )<br>) **STIPULATION FOR VOLUNTARY** |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) **REMAND PURSUANT TO**<br>) **SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br>) |
| Defendant. | ) ECF No. 19<br>) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

Upon remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical-source opinion evidence and provide rationale for either accepting or rejecting the evidence. The ALJ will further evaluate the residual functional capacity and, if warranted, obtain medical expert testimony to assist in

the evaluation of Plaintiff's impairments and limitations. Furthermore, if warranted, the ALJ will obtain vocational expert testimony to clarify the effect of the assessed limitations on Plaintiff's occupational base.

Respectfully submitted,

Date: *March 7, 2019*   LAW OFFICES OF LAWRENCE D. ROHLFING

By: */s/ Asim H. Modi for Cyrus Safa\**
CYRUS SAFA
*\*Authorized by email on March 7, 2019*
Attorneys for Plaintiff

Date: *March 7, 2019*   NICHOLAS A. TRUTANICH
United States Attorney

By: */s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

## ORDER

Based on the parties' stipulation **[ECF No. 19]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS REMANDED to the Commissioner of Social Security for further administrative action under section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four, on the terms set forth in the above stipulation. The Clerk of Court is directed to DENY ALL PENDING MOTIONS as moot and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 7, 2019