AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Wanda R. Clemons,

          Plaintiff,

v.

Kilolo Kijakazi, Acting Commissioner of Social Security,

          Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:18-cv-00824-JAD-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Law Offices of Lawrence D. Rohlfing be awarded $17,000 in attorneys fees under 42 U.S.C. § 406(b)

09/19/2022
Date

DEBRA K. KEMPI
Clerk

/s/ L. Ortiz
Deputy Clerk